**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones #105811

Attorneys for:   Defendant ANGELICA FLORES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANGELICA FLORES,<br><br>　　　　Defendant. | Case No. 1:24-CR-00055-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF PETER M. JONES AS ATTORNEY OF RECORD; AND [PROPOSED] ORDER** |

　　　　On March 21, 2024, Defendant, Angelica Flores, was indicted on federal charges. CJA Panel Attorney, Peter M. Jones, was appointed as trial counsel to represent Ms. Flores on March 14, 2024, in her criminal case. Ms. Flores was sentenced, pursuant to a plea agreement, on February 18, 2025. No direct appeal was filed. Ms. Flores was in custody at sentencing. The trial phase of Ms. Flores' criminal case has, therefore, come to an end. Having completed his/her representation of Ms. Flores, CJA attorney, Peter M. Jones, now moves to terminate his appointment under the Criminal Justice Act.

　　　　Should Ms. Flores require further legal assistance, she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330,

///

1 | Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: May 7, 2025

Respectfully submitted,

By: /s/ Peter M. Jones
Peter M. Jones
Attorneys for Defendant Angelica Flores

### ~~PROPOSED~~ ORDER

Having reviewed the notice and found that attorney, Peter M. Jones has completed the services for which he was appointed, the Court hereby grants attorney Peter M. Jones' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant, Angelica Flores at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Angelica Flores, ID No. 03811-511,

7410 S. Macarthur Blvd.,

Oklahoma City, OK 93169.

**IT IS SO ORDERED.**

Dated: May 8, 2025

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE